# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 1:19-cv-00873-ADA |

### ORDER

Before the Court is Plaintiff Neodron Ltd.'s ("Neodron") Stipulated Motion to Dismiss with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Accordingly, the Court hereby DISMISSES WITH PREJUDICE Neodron's Amended Complaint filed in this action. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: January 7, 2021

_____
ALAN D. ALBRIGHT
United States District Judge

1